# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANK SINGH,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEARMAN'S GOLDEN COCK INN, INC., as an entity and doing business as "Clearman's Gallery-The Boat", L. RONALD CIPRIANI, as an individual and as Successor Co-Trustee of the Wallis M. Clearman Trust dated March 31 1999, and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 5:18-cv-01939 JFW (SHKx)<br>Assigned to Hon. John F. Walter<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>Complaint Filed: September 12, 2018<br>Trial Date: None Set |

JS-6

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Frank Singh's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: 1/3/2019

_____
Hon. John F. Walter
United States District Judge